# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C.R. No. 2:07-924 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BERNARD JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's pro se motion for a reduction of sentence, filed in this court on July 25, 2012. Defendant seeks a reduction of his sentence based on an Amendment to the United States Sentencing Guidelines, namely Amendment 750.

This Amendment reduces the Guidelines range for those sentences involving cocaine base or "crack" cocaine. Defendant was sentenced based upon his status as a career offender. Therefore, defendant's Guidelines sentencing range, adopted by this court at sentencing, is unaffected by this Amendment.

Defendant's motion is, therefore, **DENIED**.

IT IS SO ORDERED.

David C. Norton
United States District Judge

August 27, 2012
Charleston, South Carolina